# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50268
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 24, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

AURELIO OLMEDO MONTES,

Defendant-Appellant

Cons. w/ No. 17-50269

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

AURELIO OLMEDO-MONTES, also known as Lelo Montes, also known as Juan Monteroz-Montez, also known as Adrian Montez, also known as Adrian Montes, also known as Adrian Montes-McCrary, also known as Aurelio Olemedo Montes, also known as Lelo Montez, also known as Lelo Olmedo-Montes,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:17-CR-121-1
USDC No. 1:17-CR-4-1

No. 17-50268
c/w No. 17-50269

Before KING, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Aurelio Olmedo Montes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olmedo Montes has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.